1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DARRYL STEVENSON, JR.,
11              Plaintiff,                    No. 1:07-CV-00515 ALA HC
12          vs.
13  JAMES A. YATES, Warden,
14              Defendants.                   <u>ORDER</u>
15  _____/
16          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's
17  applications for thirty (30) day extensions of time to and including August 8, 2007, to file a
18  motion to dismiss, and to and including September 7, 2007, to file Respondent's answer to
19  petition for writ of habeas corpus, are hereby GRANTED.
20  /////
21  DATED: August 7, 2007
22
23                                      /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT  JUDGE
24                                      Sitting by Designation
25
26
27
28

1