IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL STEVENSON, JR.,

    Petitioner,                    No. CIV 07-00515 ALA P

    vs.

JAMES A. YATES, Warden,

    Respondent.                   <u>ORDER</u>

_____/

        Respondent has filed a request for a third extension of time in which to file an answer to the petition for writ of habeas corpus. Respondent's prior requests were approved without stipulation pursuant to Local Rule 6-142. That rule provides that after an initial extension, such requests will not ordinarily be granted.

        Accordingly, IT IS HEREBY ORDERED that:

1.     Respondent's September 6, 2007 request for an extension of time is granted; and

2.     Respondent is granted thirty days from the date of this order in which to file an answer. Petitioner's traverse shall be filed thirty days thereafter.

DATED: September 7, 2007

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation