IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL STEVENSON, JR.,

    Petitioner,               Case No. 1:07-00515 ALA (HC)

    vs.

JAMES A. YATES, Warden,

    Respondent.          **ORDER**

_____/

    On April 24, 2008, Petitioner filed a request to extend his time to file a brief in response to this Court's Order dated, April 7, 2008 (Doc. 21). (Doc. 22).  Good cause appearing, Petitioner's request is GRANTED.

    IT IS HEREBY ORDERED that Petitioner file the aforementioned brief on or before May 27, 2008.

/////

DATED: April 29, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation